# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSEPH KAMAU CHRISTOPHER BEY,  )<br>      Plaintiff,  )<br> )<br>   v.  )<br> )<br>_____ )<br>THE STATE OF NORTH CAROLINA, collectively  )<br>and jointly, and THE GOVERNMENT OF THE  )<br>STATE OF NORTH CAROLINA, collectively and  )<br>jointly, by and through the CHIEF EXECUTIVE OF  )<br>THE STATE OF NORTH CAROLINA, The  )<br>Honorable BEVERLY EAVES PERDUE, in her  )<br>official capacity as the GOVERNOR OF THE  )<br>STATE OF NORTH CAROLINA,  )<br>      Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:10-CV-272-BO** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the Defendants' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED.  Accordingly, the case is DISMISSED.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 18, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Joseph Kamau Christopher Bey (via regular mail to P.O. Box 2688, Wilson, NC 27894)
Norma Smithwick Harrell (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| October 18, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |